UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE EMANUEL,

                    Plaintiff,

        -v-

CITY OF NEW YORK, et al.,

                    Defendants.

CIVIL ACTION NO.: 23 Civ. 2980 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement.  (ECF No. 49).

Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for

**Wednesday, October 2, 2024, at 12:00 p.m.** on the Court's conference line.  The parties are et

al. directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  The parties

shall be prepared to discuss their availability, and that of their clients, for a Settlement

Conference, as well as their preferred format for the Settlement Conference (in-person, by

telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the

parties on an alternative platform).

Dated:        New York, New York
              September 6, 2024

                                    SO ORDERED.

                                    SARAH L. CAVE
                                    United States Magistrate Judge