UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DENISE EMANUEL, :
:
Plaintiff, :
: 23-CV-2980 (JMF)
-v- :
: ORDER
:
CITY OF NEW YORK et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- As a courtesy, the fact discovery deadline is hereby EXTENDED to **February 28, 2025**. Further extensions will not be granted absent extraordinary circumstances.

- The parties are ORDERED to meet and confer and, no later than **January 15, 2025**, file a joint letter with proposed interim discovery deadlines.

- The next pretrial conference is SCHEDULED for **March 6th, 2025, at 9:00 a.m.** The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

SO ORDERED.

Dated: January 10, 2025
New York, New York

JESSE M. FURMAN
United States District Judge