

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**Elisheva L. Rosen**
*Assistant Corporation Counsel*
Phone: (212) 356-3522
Fax: (212) 356-2349
Email: erosen@law.nyc.gov

January 15, 2025

**By ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

*The parties' proposed interim discovery schedule is hereby ADOPTED. The Clerk of Court is directed to terminate ECF No. 59.*

*SO ORDERED.*

*[signature]*

*January 15, 2025*

Re:  Denise Emanuel v. City of New York, et. al.
Civil Action No.: 23-CV-02980

Dear Judge Furman:

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants City of New York ("City"), Dinorah Rodriguez, Dennis Whinfield, and Marlene Wright (collectively, "Defendants"), in the above-referenced matter. Defendants write jointly with Plaintiff accordance with the Court's January 10, 2025 Order to provide the Court with a detailed discovery schedule:

- Plaintiff will produce written responses to Defendants' combined discovery demands, and associated document discovery, no later than Friday January 24, 2025.
- Plaintiff will be deposed by virtual means on February 13, 2025.
- Defendant Dinorah Rodriguez by virtual means on February 26, 2025.
- Defendant Dennis Whinfield by virtual means on February 24, 2025.
- Defendant Marlene Wright will be deposed by virtual means on February 21, 2025.

The parties thank the Court for its attention in this matter.

Respectfully submitted,

1

2

                  /s/ Elisheva L. Rosen
              Elisheva L. Rosen
              Assistant Corporation Counsel
              Counsel for Defendants

              &

              Phillips & Associates, PLLC.

By:       /s/ Greg Calliste, Jr.
              _____
              Gregory Calliste, Jr.
              Counsel for Plaintiff