```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
DENISE EMANUEL,                                                      :
                                                                     :
                              Plaintiff,                             :
                                                                     :
               -v-                                                   :   23-CV-2980 (JMF)
                                                                     :
CITY OF NEW YORK et al.,                                             :   ORDER
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      The Court was advised at ECF No. 65 that the claims against Defendant the City of New York were settled only in principle. In light of that, the Court clarifies that the dismissal at ECF No. 66 is without prejudice to the right to reopen any claims against the City of New York **within sixty days** of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

      If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 5.B of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      SO ORDERED.

Dated: February 26, 2025  
       New York, New York

                                                      _____  
                                                          JESSE M. FURMAN  
                                                      United States District Judge